**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-50200 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-00466-SVW |
| v. | |
| RICARDO GARCIA-MENDOZA, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Stephen V. Wilson, District Judge, Presiding

Submitted April 16, 2013**

Before:    CANBY, IKUTA, and WATFORD, Circuit Judges.

Ricardo Garcia-Mendoza appeals from the district court's judgment and

challenges the 120-month sentence imposed following his guilty-plea conviction

for possession with intent to distribute methamphetamine, in violation of 21 U.S.C.

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 841(a)(1), (b)(1)(A)(viii).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Garcia-Mendoza contends that the district court erred by denying him relief under the safety valve provision of 18 U.S.C. § 3553(f) and U.S.S.G. § 5C1.2.  The district court did not clearly err in finding that Garcia-Mendoza did not, at any time before he was sentenced, truthfully provide the government all of the information he had regarding the offense.  *See United States v. Orm Hieng*, 679 F.3d 1131, 1144 (9th Cir.), *cert. denied*, 133 S. Ct. 775 (2012).  Garcia-Mendoza was accordingly ineligible for safety valve relief.  *See* 18 U.S.C. § 3553(f)(5).

**AFFIRMED.**